UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Ciro Scognamiglio

v.                                  Case Number: 3:00cv374(HBF)

Monica Farinella, et al

FILED
2003 OCT 15 P 3:40

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on 10/14/03 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 13, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, October 14, 2003.

KEVIN F. ROWE, CLERK

By: *Diane Kolesnikoff*
Diane Kolesnikoff
Deputy Clerk