FILED

2003 OCT -8 A 11: 33

US DIST
BR

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CIRO SCOGNAMIGLIO | : | CIVIL NO. 3:00CV374 (AHN)(HBF) |
| v. | : | |
| DR. MONICA FARINELLA, ET AL. | : | OCTOBER 7, 2003 |

## MOTION TO REVISE PRETRIAL DATES

The undersigned, with consent of plaintiff's counsel, respectfully requests that the following dates be revised:

<u>Current Schedule:</u>

Pretrial Order Due    October 8, 2003
Pretrial Conference   October 15, 2003
Jury Selection        October 27, 2003

In support of this Motion, the undersigned states the following:

1. The parties have had a settlement conference scheduled with the Honorable Judge Garfinkle on several occasions.

2. The settlement conference was postponed by the undersigned several times as the defendants were having trouble obtaining plaintiff's State of New Hampshire Department of Correction medical chart.

3. A settlement conference scheduled for September 2003 was postponed by the Judge due to other matters.

4. Counsel for the parties nonetheless spoke by phone on their own in an attempt to settle this case.

Motion Denied As Moot It is SO ORDERED
10/7/03
HOLLY B. FITZSIMMONS, U.S.M.J.    DATE