UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

**FILED**

*******************************************
| | |
|---|---|
| CIRO A. SCOGNAMIGLIO, JR. | * |
| | * |
| VS. | * |
| | * |
| DR. MONICA FARINELLA, ET AL. | * |
| (All in their individual capacities) | * |

2003 NOV 10  P 12:38

No. 3:00 CV 374 (AHN)(HBF)
BRIDGEPORT CT

NOVEMBER 7, 2003
*******************************************

## MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(2) FRCP, the plaintiff, Ciro Scognamiglio, Jr., by and through his counsel, hereby moves for the dismissal of this action, with prejudice and without an award of cost to either party. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.CT. 1673, 128 L.Ed. 2d 391 (1994).

RESPECTFULLY SUBMITTED,

CIRO A. SCOGNAMIGLIO, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. ct 9743
LAW OFFICES OF ERSKINE D. McINTOSH, PC
3129 WHITNEY AVENUE, 2ND FLOOR
HAMDEN, CT 06518-2364
Tel.: (203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

     This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the ___7th___ day of November, 2003 to:

Madeline A. Melchionne, Esq.
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-DISMISSAL