UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

**FILED**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CIRO A. SCOGNAMIGLIO, JR. * | 2003 NOV 10 P 12: 38 |
| * | |
| VS. * | No. US00 CV 374 (AHN)(HBF) |
| * | BRIDGEPORT CT |
| DR. MONICA FARINELLA, ET AL. * | |
| (All in their individual capacities) * | NOVEMBER 7, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(2) FRCP, the plaintiff, Ciro Scognamiglio, Jr., by and through his counsel, hereby moves for the dismissal of this action, with prejudice and without an award of cost to either party. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.CT. 1673, 128 L.Ed. 2d 391 (1994).

RESPECTFULLY SUBMITTED,

CIRO A. SCOGNAMIGLIO, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. ct 9743
LAW OFFICES OF ERSKINE D. McINTOSH, PC
3129 WHITNEY AVENUE, 2ND FLOOR
HAMDEN, CT 06518-2364
Tel.: (203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

Motion GRANTED. It is SO ORDERED.
11/20/03