UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CIRO SCOGNAMIGLIO | : | CIVIL NO. 3:00CV374 (AHN)(HBF) |
| v. | : | |
| DR. MONICA FARINELLA, ET AL. | : | NOVEMBER 6, 2003 |

## STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned 42 U.S.C. § 1983 action was brought by **Ciro Scognamiglio**, as plaintiff, against the defendants, Dr. Monica Farinella, Lieutenant Strange, Joann Nitsch, Jean Walden, Pamela Shea, the State of Connecticut, Department of Correction and UConn Medical Center, alleging violations of his constitutional right to receive appropriate medical care, arising out of his treatment for continuing medical incidents/conditions suffered to his toe and foot.

**WHEREAS**, the plaintiff, represented by Attorney Erskine D. McIntosh, and the defendants, represented by Assistant Attorney General Madeline A. Melchionne, agree that settlement of all the issues raised by the above-captioned action, would best serve the interest of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows: